**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION**

SAMMY BRIAN MORRIS,

    Plaintiff,

v.

OFFICER ADAM WILLIS, et al.,

    Defendants.

CIVIL ACTION NO.: 4:18-cv-272

## **O R D E R**

Presently before the Court is the parties' Joint Stipulation of Dismissal with Prejudice of Defendants Adam Willis, Joseph Hood and Gary Woodruff. (Doc. 64.) Accordingly, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Court hereby **DISMISSES** Defendants Adam Willis, Joseph Hood, and Gary Woodruff, in both their individual and official capacities, **WITH PREJUDICE**. The Clerk shall **TERMINATE** Adam Willis, Joseph Hood, and Gary Woodruff as parties to this case.

**SO ORDERED**, this 24th day of March, 2020.

R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA