AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

SAMMY BRIAN MORRIS,

Plaintiff,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: 4:18-cv-272

OFFICER BRIAN KROUSE,

Defendant.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, in accordance with this Court's Order dated July 14, 2020, judgment is hereby entered granting summary judgment in favor of Defendant Brian Krouse. This case stands closed.

Approved by: _____

| December 23, 2020 | John E. Triplett, Acting Clerk |
|---|---|
| Date | Clerk |
| | (By) Deputy Clerk |

GAS Rev 10/2020